LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Johnell Brown | ) Case No: 01-268 |
| | ) USM No: 27653-034 |
| Date of Previous Judgment: 07/10/2002 | ) Assistant Federal Public Defender Gary Schwabe |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __114__ months **is reduced to** __102__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

   The Ccourt has considered all relevant factors, including the nature of the offense, Defendant's prior history, and Defendant's post-conviction conduct. See 18 U.S.C. §3582(c)(2) and U.S.S.G. § 1B1.10. The Court notes that the original sentence reflected Defendant's substantial assistance. The Court has carefully consdidered the written submissions provided by Mr. Schwabe and the Government.

Except as provided above, all provisions of the judgment dated __07/10/2002__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 05/19/2008

Effective Date: 05/29/2008
(if different from order date)

Judge's signature

Kurt D. Engelhardt, United States District Judge
Printed name and title